UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD E. MARKS,

        Defendant-Petitioner,

v.

UNITED STATES OF AMERICA,

        Plaintiff-Respondent.

Case No. C08-1445-JCC-BAT
(CR02-423-JCC)

**ORDER OF DISMISSAL**

This matter comes before the Court on Petitioner's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255 ("§ 2255 Motion") (Dkt. No. 1), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida ("R&R") (Dkt. No. 6), Petitioner's Objections to the R&R (Dkt. No. 7), Petitioner's Request for an Evidentiary Hearing (Dkt. No. 8), and Petitioner's Requests for Discovery (Dkt. Nos. 9 & 10).

Petitioner asserts seven objections to the R&R, each of which reiterate the same substantive arguments Petitioner made in the § 2255 Motion. In short, Petitioner again alleges that this Court lacked both personal jurisdiction and subject-matter jurisdiction over his criminal conviction because there was no affirmative evidence (1) that the "situs or location" of his crimes were within the Court's "territorial jurisdictional authority," as defined in 18 U.S.C. §7; or (2) that "Petitioner violated the Constitution or a law of the United States pursuant thereof." (§ 2255 Motion (Dkt. No. 1); Pet.'s Objs. (Dkt. No. 7).) The Court finds that the R&R properly addressed

ORDER OF DISMISSAL

Petitioner's claims, which were already raised and rejected both by the Court and on direct appeal and, thus, cannot be relitigated on a § 2255 motion. (*See* R&R (Dkt. No. 6 at 6–7).) Petitioner's objections to the R&R have no basis in law or fact and merely rehash his mistaken belief that the Court lacked jurisdiction over his criminal conviction. The Court finds no merit to these objections.

The Court, having carefully examined the aforementioned documents, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation (Dkt. No. 6);
2) Petitioner's Motion to Vacate And Correct Sentence (Dkt. No. 1) is DENIED and DISMISSED with prejudice;
3) Because the § 2255 Motion is denied, Petitioner's identical Requests for Discovery (Dkt. Nos. 9 & 10) in conjunction with his § 2255 Motion are DENIED as moot;
4) Because the Court finds this matter suitable for disposition on the pleadings, Petitioner's Request for an Evidentiary Hearing (Dkt. No. 8) is DENIED.
5) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 8th day of January, 2009.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL